■ RICHARD ACKERBERG, an Infant, by NATHAN ACKERBERG, His Guardian ad Litem, et al., Plaintiffs, v. MARGARET KEMELMAN, Defendant. KENNETH SEGAL, an Infant, by ALEXANDER SEGAL, His Guardian ad Litem, et al., Appellants, v. PETER ACKERBERG et al., Respondents, et al., Defendant.— These appeals are consolidated and disposed of as follows: Judgment in favor of the infant plaintiff Kenneth Segal in the sum of $3,500 in a personal injury action and against the plaintiff Alexander Segal, unanimously reversed, on the law and on the facts, and a new trial ordered, with $50 costs to plaintiffs-appellants, unless defendants-respondents stipulate to increase the verdict in favor of the infant plaintiff Kenneth Segal to the sum of $5,000 and to the entry of judgment in favor of the plaintiff Alexander Segal in the sum of $1,542.75, in which event the judgment is modified to that extent, and, as so modified, affirmed, with $50 costs to plaintiffs-appellants. On this record the verdict in favor of the infant plaintiff is inadequate and inconsistent with the verdict against the infant's father for medical expenses. Settle order on notice. Concur — McNally, J. P., Stevens, Eager, Steuer and Staley, JJ.

■ ESIA MOOSA, Respondent, v. SPENCER S. MOOSA, Appellant.— The appeals from the judgment in favor of plaintiff in the sum of $5,766.90, and the order entered December 17, 1963, denying defendant's motion to resettle the judgment, are consolidated and the said judgment and order are unanimously modified, on the law and on the facts, to the extent of providing that the total amount received by plaintiff from the Sheriff under the warrant of attachment be applied in reduction of the judgment awarded to plaintiff, and, as so modified, affirmed, without costs. Defendant is entitled to be credited with the amounts heretofore received by plaintiff. In the event the parties do not stipulate as to the amount thereof, the order to be entered may provide for a hearing thereon. Settle order on notice. Concur — McNally, J. P., Stevens, Eager, Steuer and Staley, JJ.

■ JOSEPH J. MURTHA, by His Guardian ad Litem, MARGARET MURTHA, et al., Respondents, v. UNION HOSPITAL ASSOCIATION OF THE BRONX et al., Appellants, and JAMES B. McGRATH, Respondent.— Order, entered May 12, 1964, permitting defendant McGrath to serve a supplemental answer, including a cross claim based on an alleged right of common-law indemnity against defendant hospital, unanimously affirmed, with $30 costs and disbursements to defendant-respondent against defendants-appellants. (See *Braun* v. *City of New York*, 17 A D 2d 264; 2 Weinstein-Korn-Miller, N. Y. Civ. Prac., pars. 1007.02, 1401.03.) Concur — Breitel, J. P., Valente, Stevens, Eager and Bastow, JJ.